My name is Brian Wesley, and I'm the Director of Representation at the Houston Law Firm. So, my opinion of the issue is that this court is designed to be fairly simple. Paralyzing stands for explicitly discouraged. I've been brought on support of restitution because of the privilege of being accountable for conduct that he or she contributed, but not for the conduct of others. In this case, there have been significant, separate, horrendous losses with what I would suggest are two separate causes. The first being the years and years and years of absolutely horrible abuse and child abuse of children. And the second is the ongoing harm from knowledge that others are doing things that they should be doing, or do not do much, and do harm. Those are the two main issues, at least. You're following me very closely. It's a question of burden, too. Yes, correct. One of the things to burden, too, is to disengage the child. It is done so in order to discuss that as an argument about the duty of submission. Why? Because the duty of submission does not measure the duty to disengage the child. So, you start to see, for instance, the need to involve the individual in the abuse of children. You start to see that. You start to see some of the involvement of the individuals in the situation of the child. You hear some of the subpoena described in the name of the accused earlier in the interview. Well, the district court did all they could in its interest to support it. All our law enforcement agencies lost its foundation of faith after the child loss. The child did not have faith in us. It's a solution. It's a legitimate solution. Yes. It's gotten the community to support it. Actually, that is the point. It's been covered. It's been removed from that bigger loss that you heard before was to belong. It's not just the child no longer belongs to you. It's your duty to do something temporal with the creation of that. But the problem is that, as a matter of fact, the individual does. But the problem is that the jurisdiction that you're in, some further kind of jurisdiction, right? The whole idea is that the initial 1,003 figure should have provided some opportunity for the initial abuse. Well, the decision was made as to whether it was something that a person could do to the child, but not again. So, in theory, there's no cure. There's no expert testimony. One of my psychologists was suspicious. She assumed it was a safety step. It could be contagious. It could cause possible abuse. It could cause life-threatening destruction. There's nothing to start with. It's an issue that should be covered by the government. It's an issue that needs to be addressed. It's an issue that needs to be addressed. And now, it's in her position to say that she has just been abused. It's an issue that needs to be addressed. Just to say that I accept now that this has changed, and that this is an issue that is needed to have some argument from the facts and work. She's in defense. She's in support. But there's no further opportunity to produce a successful research of child abuse to make this change. I think there is no better and only defense to produce evidence of what she has done that is worse than a hostile approach to this issue. Because I think we need to know who the victim is. See, this is also true to this issue. For good reason. It's not a good reason. It just means we're obsessed with this issue. But see, it's not the victim's issue. I think what I'd pursue is where it's from. It's even contagious. And so, there's no way that I could call the expert. I can only call the figure of how much of a loss it's going to cause for us. We've seen it. We've seen it. So, that is to say, we can't do it for a good cause. It's what we believe in. And that's what we should do for future research. But that is a different thing. It's not, well, in any case, that's what I think is all the rest of the testimony I've given. But I'm unaware of any source in which there is some degree of evidence to support the restitution for us to see if it's determined that there is the burden of proving the restitution or not. It just shouldn't be questioned. Let's see. It's about that issue. It might go forward. It might. It's just reported on. Or they produced a petition for it before or after the program was issued. Or, well, the sets of hearings, of course, that state were produced before or after the program. The petitions themselves were based on the restitution actions that were done by the government before or after. So, there was no excuse to not answer their questions, to answer the questions that they were on before or after these developments. I think that's all I can really support to say. At least this is what I'm trying to say. Well, there is one category of restitution claim that's been overwatched, and this is in the year 20,000. A lot of teachers are in court now. So, there's no question. So, there's no breakdown. There's no cause. There's no story. I guess it's the way people operate. It doesn't really matter. I don't know. So, restitution claims to be the issue. There's no question about that. So, there's no excuse to question it. There's no breakdown. There's no context. There's no excuses. It's unique. You can't come out of a room and do that. It's not how you see it. There's a lot of people out there. So, you're going out by item. That means inversions that are lost because of the things that last stage can do to the restitution and exploitation reviews. And that's the type of thing that's really necessary. It has a lot. So, what do you think? Some of that loss already would have occurred whether or not there was any further exploitation issues. I believe that there is. And then you're willing to acknowledge that, you know, it's not supposed to. If you somehow lost the revenue capacity, it's due to the ongoing exploitation costs of the system. And how long do they live in? I'm not sure. Maybe it's because of other reasons. But, of course, there are no reasons to do a review. Loss already confessed here. And we put in two part checkbooks. And this has been, of course, a little wrong redesign. And this is the exploitation of that over the years. There are still more than two main losses. The cost of earnings, year cases, year crunch, we've lost only the second part, right? Well, of course, it's the loss of share and second parts. But before you get to the proportions, you need to first have to define the loss between the two categories, right? I just want to point out that, of course, there's no report that shows that there are no proposed solutions at all. There's no disinformation. There's no justification. But it's probably the most explicit response we've seen in the years. And, of course, there are no cases of that, right? Losses. I think I'm going to stop here. I'll stop here. I'm sorry. I'll stop now. I'm going to stop here. There's some sense of telling the jail workers about the subject of the program, really. I don't see that it really boosts the sound issues. But also, it is a component that is deliberately inappropriate, and there is no longer a justification for the use of the agency. So, of course, there's this closing of the cases population, which is a dissemination of the agency. So, there's a cost advantage to the distributors. Can you talk about that? So, we are a multi-agency partner at a conference in the United States. In terms of the agency, the definition is every department of the office set out how or if the restitution of the state of the United States is, however, given a limited number of Court of Appeals decisions on this topic. And we've done our best to provide the Court with a series of decisions on these. And I do apologize for disobeying it this morning as opposed to earlier. But what I think it does say is it does not say in every single instance you have to say anything. And then I would just like to reiterate Michael's comment. We do realize it's requiring some attempt at discrediting. I think that's being too self-taught, and there are a lot of problems here on YouTube. In this case, just by removing all of the losses that occurred prior to the date of removal, you know, it's discrediting. But don't you think it's an ongoing effect of the judicial abuse? Just in the same way, the ongoing losses of these civil defendants. You know, do you think all of the abuse that we just heard and heard from the courts is intended at all? No, Your Honor. It's not intended. I think that there is some portion of the law that's related to abuse, and some portion related to the possession of the objectives of what the district law is. That's what you mean? That's what the law requires us to do. I think what the airline requires the district court is a possession of a reasonable restitution amount given the infection report. In this case, the district court found that it's possible to take, for example, the future $320,000 and take 20% as related to the possession, and just 80% as related to the abuse. So the district court said, given that I cannot do that, how am I going to take these numbers that I provided to you and find a reasonable restitution amount? And the district court in this case took that and divided it by what we would say is approximately The number of defendants who previously had restitution amounts added up to $3,433. Then the court took another step. I think this is a critical point for the district court. The district court took that number, compared it to Caroline, and then dubbed this number that I've come up with as $3,433, dubbed it just reasonably related to the defendant's role in the causal process. The district court admitted it's not an exact mathematical science. It's not a percentage. It's not a direct calculation. But now that I'm faced with this number, the district court says, well, you lost. How will we have your date on the defendant? Who's the best judge in the city? He's not a producer. He didn't trade anything in. The district court acknowledges that and looks at the number and says, well, here are the numbers. You know what I have for you? It's $3,400. Reasonable. Does that represent your spend of being 0.2% of the city's total losses? Does that represent a reasonable restitution amount? It's a reasonable loss of $3,400. It's a reasonable loss of $3,400. I'm sorry. You know, you're really strong. You're strong to be honest. I'm going to be a good judge for you. It's just a small number. It seems to me that a lot requires a reasonable amount. I certainly think if the total income was $167,000, the district court would say, this is all the law. It's too strong. This is what she's responsible for. We would not want to support the restitution. Okay. But the district court divided that. So, I know that the district court, that this all belongs to the district court. Okay. I think the district court did say, this is the number I have. I don't think the district court said, this is all related to exploitation. She said, this is a reasonable number for law. It's supposed to be. Okay. Now, let me divide that even further. Obviously, she's not responsible for $367,000. Okay. That's a good point. Okay. That's a good point. First of all, do you agree that Governor Hackerberg is responsible? Yes. Governor Hackerberg is a great constitutional sponsor. I noticed one way you tried to reach Hackerberg is by talking to his submission. He was assuming security, right? He had to probably give us more data, something like that, or to let us know that he wasn't a suspect. And you got no response. Right. And he said that it was kind of difficult to establish, you know, guiding principles in the actions of our system. That's right. And then you went after him. It's not your fault. So, you are completely issuing Hackerberg. So, in the last framework, still, I think, but you have to be, you know, you have to be a little antisocial. I don't know. There will be a more powerful system. All right. Absolutely. I would prefer to be here with a completely segregated network. It would be much easier to defend. However, given the record that I have, I need a special solicitation on behalf of the victim. That's the responsibility of the government. I did the best I could with the record that I have. And I think Mr. Forth's decision is important here. I think, does Caroline, can you say that she's not responsible for all the losses? Absolutely. But I think Caroline gives the district court some discretion. Given that, how are we defining this? How do we say, what percentage of secure of loss are these related to this person's production? Well, it's a little bit on how long it is in the past to do the segregation. Karen, I don't think I can answer the question. That would be more important. If you don't do it, then I don't think the court says to me, what are you going to do to me, the effect on the victim from the damages from his exploitation? Is that what you would go on as soon as you should do? I don't think Caroline is required. I don't think it's impossible to segregate, but I think it is very, very difficult. I think prior to our situation, obviously there were several separate cases where there were indications of disaggregation. But I think if Caroline allowed the district court to do the same direct report, and make a reasonable calculation of restriction, I think what this court handled is disaggregation is not a mathematical formula required in a regime. What I'm asking is, do you consider some cases where the same segregation is in the same location? Has there been a segregation in cases similar to this, or has there been abuse, punishment, and exploitation elements? No, there has certainly been reference. There has certainly been reference. For example, the Bronx case, the first circuit they say was segregated in Colorado, and I have to look back at how it was done. I have not been able to determine how it was done, because I have not looked at the court I was in, and I will say the Dunn case relied on it for a time, but it was a very, very different situation. Because that was a case in which the government conceded restriction was inappropriate, and it's all going back to me now. It was a pre-Caroline restriction. So while the Dunn circuit makes the Bronx statement actually about segregation, it wasn't based on this actual situation. The actual situation where a district court has arrived at a relatively small percentage of restitution, $3,400, based on the record of the court, and the case in which the district court specifically analyzed restrictions in Carolina in reaching restrictions, and I think that's what's key here. The district court did analyze Carolina. It took a number that arrived at my calculation when we proposed, and I fully agree with that. It wasn't perfect segregation, but given that number, the district court looked at it and thought, we're going to do something. Here's the number. Let's get a calculation done. They said, let me analyze that. So I'm tracing Carolina, and let me see, does this number actually reasonably reflect the ability to call the roll? The district court found it did. It's an entirely different situation. Also, in the case of the Carolina district court, they said they couldn't do that. They didn't have to do segregation. So they were able to respond at certifications on the site as well as the restitution itself. Okay. So did the school find segregation required? And are you following? There are continuous studies not required of Carolina. Thank you very much. Thank you. Thank you. All right. The 10th. So it's a social condominium project. There are just a few people who have worked on this directly. I'm going to use this as an example. It's just an example. It's a two-tiered condominium. The condominium that the subcommittee is dealing with is, as well as the community building, we have an exploitation process. And the goal of the condominium is to still record and reference to both of those sources of harm. That's the district court report right there. But there's more to it than segregation. What needs to be said can be done. So the next step is to look at requiring desegregation of those sources. I just didn't know that. How is that desegregation supposed to be done? Well, I think that's the role of all the reimagining orders, which is designated by whom? Can you think? Yeah. Well, I don't know. I don't think it needs to be done as district court. First, I think it's the level of the city and district courts to consider this question of who's at fault and what it is that's at fault. And second, my position is that I don't want to use the district court to break the administration joint monopoly. A lot of years ago, I didn't think it required a district court to do a joint monopoly. I think it requires a district court to be mentioned in the report. Well, the district and community building are requiring each ordinance to the report. It's almost self-determination. But they're talking about something. So I think they don't know how to do that. I'm just a little stumped on that. Well, let's show you what I mean first. Again, first, here it is. You get most ordinances. You start checking out the boxes. And yes, you're all in the middle. And you just apply the procedure to the boxes. And that's how it's implemented. I don't think it has to work. I think it should work. So, next up, we're going to look at the loss to the community services. We have a report on all of the community services that are used in the district. So, this is the cut sheet from there. It says $2,000 for the community services for September, February, and May. And it's the same thing here. It doesn't change all the community services that have been working for two years. Thank you very much. Stay with us. And we'll see you next time. Bye-bye.
judges: Fernandez, Tashima, Bea